# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MITCHELL JACKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0154
_____

August 23, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Mitchell Jackson, pro se.

C. Suzanne Bechard, Associate Deputy Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.